# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JESUS R. SANCHEZ, on behalf
of himself and all others similarly
situated,

       Plaintiff,                             Case No. 8:11-cv-01763-JDW-TBM

v.

FIRST ADVANTAGE ENTERPRISE SCREENING
CORPORATION and FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

       Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Defendants:**

Accufacts Pre-Employment Screening, Inc.
FADV Malaysia Sdn. Bhd
First Advantage Australasia Pty Ltd.
First Advantage Australia Pty Ltd.
First Advantage Background Services Corp.
First Advantage (Beijing) Co., Ltd.
First Advantage Canada, Inc.
First Advantage Corefacts, Inc.
First Advantage Enterprise Screening Corporation
First Advantage Eurasia Litigation Consulting SPRL
First Advantage Europe Ltd.
First Advantage Hiring Management Systems Limited

First Advantage (HK) Limited
First Advantage Indian Holdings, LLC
First Advantage Japan KK
First Advantage Limited
First Advantage Litigation Consulting Japan GK
First Advantage Litigation Consulting, LLC
First Advantage New Zealand Limited
First Advantage Occupational Health Services Corp.
First Advantage Offshore Services Private Limited
First Advantage Philippines, Inc.
First Advantage Pte. Ltd.
First Advantage Private Limited
First Advantage Quest Research Group Ltd.
First Advantage Quest Research Corporation
First Advantage Quest Research Limited
First Advantage Talent Management Services LLC
First Advantage Tax Consulting Services, LLC
First Advantage (Zuhal) Co.
PrideRock Holding Company, Inc.
STG-Fairway Acquisitions, Inc.
STG-Fairway (Australia) Pty Limited
STG-Fairway BV
STG-Fairway Cooperatief of UA
STG-Fairway Holdings, LLC
STG-Fairway Holdings, Inc.
STG-Fairway U.S., Inc.
STG III, L.P.
STG III-A, L.P.
TP Verify Screening Services Private Limited
Verify Limited
Verify (Mauritius) Limited

**Plaintiffs:**

Jesus R. Sanchez

2.     The name of every other entity whose publicly-traded stock, equity, or debt may
be substantially affected by the outcome of the proceedings:

None.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.      The name of each victim (individual or corporate) of the civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Jesus R. Sanchez

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this  7th day of November, 2011.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on November 7, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony R. Pecora, Esq.
Dennis M. O'Toole, Esq.
Kenneth P. Hassett, Esq.
Matthew A. Dooley, Esq.

By: /s/ Blake J. Delaney_____
**Blake J. Delaney**
Florida Bar No. 0015187
**BUCHANAN INGERSOLL & ROONEY PC**
401 E. Jackson St., Suite 2500
Tampa, FL 33602
Telephone:  (813) 222-8137
Telefax:  (813) 222-8189
blake.delaney@bipc.com
Attorneys for Defendants
Trial Counsel