# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JESUS R. SANCHEZ, on behalf
of himself and all others similarly
situated,

    Plaintiff,

v.

FIRST ADVANTAGE ENTERPRISE SCREENING
CORPORATION and FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

    Defendants.

_____/

Case No. 8:11-cv-01763-JDW-TBM

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.08(a) of the United States District Court for the Middle District of Florida, please take notice that Plaintiff Jesus R. Sanchez and Defendants First Advantage Enterprise Screening Corporation and First Advantage Background Services Corp. have reached a settlement in this matter.  The parties request that the Court enter a sixty-day administrative closure order pursuant to Local Rule 3.08(b) while the settlement papers are drafted and executed, at which time the parties intend to file a joint stipulation to dismissal with prejudice.

| | |
|---|---|
| Trial Counsel for Plaintiff | Trial Counsel for Defendants<br>**Buchanan Ingersoll & Rooney PC** |
| By: /s/ Anthony R. Pecora<br>**Anthony R. Pecora**<br>**Dennis M. O'Toole**<br>**Matthew A. Dooley**<br>Stumphauzer, O'Toole, McLaughlin,<br>McGlamery & Loughman<br>5455 Detroit Rd<br>Sheffield Village, OH 44054<br>Tel:  (440) 930-4001<br>Fax:  (440) 934-7208<br>apecora@sheffieldlaw.com<br>dotoole@sheffieldlaw.com<br>mdooley@sheffieldlaw.com<br>*Admitted Pro Hac Vice*<br><br>**Kenneth P. Hassett**<br>Florida Bar No. 910627<br>Hassett & Associates, PA<br>6099 Stirling Rd, Suite 217<br>Davie, FL 33314-7236<br>Tel:  (305) 567-9444<br>Fax:  (305) 567-0389<br>khassett@criminaldefense.cc | By: /s/ Samuel W. Braver<br>**Samuel W. Braver**<br>Florida Bar No. 0539074<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA  15219-1410<br>Telephone:  (412) 562-8939<br>Fax:  (412) 562-1041<br>samuel.braver@bipc.com<br><br>**Samantha L. Southall**<br>Pennsylvania ID No. 80709<br>Two Liberty Place<br>50 South 16th Street, Suite 3200<br>Philadelphia, PA 19102<br>Telephone:  (215) 665-8700<br>Fax:  (215) 665-8760<br>samantha.southall@bipc.com<br>*Admitted Pro Hac Vice*<br><br>**Blake J. Delaney**<br>Florida Bar No. 0015187<br>401 E. Jackson St., Suite 2500<br>Tampa, FL 33602<br>Telephone:  (813) 222-8137<br>Fax:  (813) 222-8189<br>blake.delaney@bipc.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on January 13, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Anthony R. Pecora, Esq.
    Dennis M. O'Toole, Esq.
    Kenneth P. Hassett, Esq.
    Matthew A. Dooley, Esq.

                                                          /s/ Blake J. Delaney_____
                                                          Attorney