UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESUS R. SANCHEZ,

    Plaintiff,

vs.                                Case No. 8:11-cv-1763-JDW-TBM

FIRST ADVANTAGE ENTERPRISE
SCREENING CORP.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is a Stipulation of Dismissal with Prejudice (Dkt. 35). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have dismissed this cause with prejudice. The clerk is directed to CLOSE this case. All pending motions are DENIED as moot.

**DONE AND ORDERED** this 28th day of February, 2012.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to:
Counsel of record